IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM LEON ENSEY,

    Petitioner,                  No. 2:10-cv-0365 KJN P

   vs.

MATTHEW C. CATE,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Tuolumne County Superior Court. Tuolumne County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1      Good cause appearing, IT IS HEREBY ORDERED that:

2      1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4      2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6         United States District Court
          Eastern District of California
7         2500 Tulare Street
          Fresno, CA 93721

9  DATED: February 19, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ense0365.109